UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:11-cr-00030-JPH-CMM-2 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| APRIL BELL | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE: Defendant filed a motion seeking compassionate release. Dkt. 65. She alleges that she establishes extraordinary and compelling reasons warranting her compassionate release because she suffers from serious medical conditions for which she is not receiving adequate treatment in the BOP. Dkts. 65 at 2; 96 at 7. Accordingly, she requests that her sentence be reduced to time served. Dkt. 96 at 1.

Since the time that Ms. Bell filed her motion, she has been released from prison. Dkt. 102 at 1. She is currently residing at the VOA in Indianapolis,

Indiana. *Id.* The Court ordered Ms. Bell to show cause why her motion for compassionate release should not be denied because she is no longer in prison. Dkt. 101. Ms. Bell filed a response to the Court's order stating that she did not object to the Court denying her request for compassionate release as moot. Dkt. 102.

Because Ms. Bell is released from the BOP and does not object to denial of her motion, Ms. Bell's motion for compassionate release, dkt. [65], is **denied as moot**.

**SO ORDERED.**

Date: 12/1/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel